## STATE OF CONNECTICUT *v.* SHAUN ROWE

The petition by the state of Connecticut for certification for appeal from the Appellate Court, 85 Conn. App. 563 (AC 23586), is granted, limited to the following issue:

"Did the Appellate Court properly reverse the defendant's conviction on the ground of prosecutorial misconduct?"

NORCOTT and KATZ, Js., did not participate in the consideration or decision of this petition.

The Supreme Court docket number is SC 17322.

*Julia K. Conlin,* deputy assistant state's attorney, in support of the petition.

*Janice N. Wolf,* assistant public defender, in opposition.

Decided December 8, 2004